**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COMMERCIAL WOOD PRODUCTS COMPANY, A CALIFORNIA CORPORATION ALSO DOING BUSINESS AS COMMERCIAL WOOD PRODUCTS,<br><br>　　　　Defendants. | Case No. EDCV 14-01019-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs Southern California Lumber Industry Retirement Fund and Board of Trustees of Southern California Lumber Industry Retirement Fund (collectively, "Plaintiffs") against Defendant Commercial Wood Products Company ("Defendant"). The Court orders that such judgment be entered.

1       Pursuant to this Judgment, the Court ORDERS Defendant
2  to pay Plaintiffs in the amount of $1,446,424.00 in
3  withdrawal liability, $7,942.13 in prejudgment interest,
4  $32,687.33 in attorneys' fees, and $686.65 in costs, for
5  a total of $1,487,740.11.

8  Dated: September 5, 2014        _____
                                    VIRGINIA A. PHILLIPS
9                                   United States District Judge

2